1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    CHARLOTTE SURVINE, et al.,                    CASE NO. CV F 12-1453 LJO JLT

10                    Plaintiffs,                  **ORDER TO VACATE HEARING AND TO**
                                                   **TERM MOTION**
11        vs.                                      (Doc. 6.)

12   OFFICER M.A. COTTLE, et al.,

13                    Defendants.
                                            /
14

15        On October 9, 2012, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiffs' original

16   complaint and set a November 27, 2012 hearing.  On October 31, 2012, plaintiffs filed their first

17   amended complaint as a matter of course under F.R.Civ.P. 15(a)(1).  As such, this Court:

18        1.      VACATES the November 27, 2012 hearing in that the first amended complaint renders

19                moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

20        2.      DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint

21                (doc. 6); and

22        3.      ORDERS the defendants, no later than November 26, 2012, to file papers to respond to

23                the first amended complaint.

24   This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint

25   (doc. 6).

26   IT IS SO ORDERED.

27   **Dated:    November 1, 2012**              _____/s/ Lawrence J. O'Neill_____
                                                 UNITED STATES DISTRICT JUDGE
28

1