# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE SURVINE, et al., | CASE NO. CV F 12-1453 LJO JLT |
| Plaintiffs, | **ORDER TO VACATE HEARING AND TO TERM MOTION** |
| vs. | (Doc. 6.) |
| OFFICER M.A. COTTLE, et al., | |
| Defendants. / | |

On October 9, 2012, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiffs' original complaint and set a November 27, 2012 hearing. On October 31, 2012, plaintiffs filed their first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). As such, this Court:

1. VACATES the November 27, 2012 hearing in that the first amended complaint renders moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

2. DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 6); and

3. ORDERS the defendants, no later than November 26, 2012, to file papers to respond to the first amended complaint.

This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 6).

IT IS SO ORDERED.

Dated:   November 1, 2012           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE